129 F.3d 1256
 21 Employee Benefits Cas. 2693
 In re Rxene Corporation, f/k/a Rexene Products Company;
Rexene Corporation, f/k/a Rexene Products Corporation
v.
Bobby E. Seltz, John R. Stonitsch
 NO. 96-7633
 United States Court of Appeals,
Third Circuit.
 Sept 08, 1997
 Appeal From: D.Del. ,No.9600102
 
 1
 Reversed.
 
 
 2
 ating the disposition of each case, transmitted by the Court. Third Circuit Rules, App. 1, Internal Operating Procedures, Ch. 5, sec. 5.1, 28 U.S.C.A.)